# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

BAHAA EL-DIN FAHMY,

    Plaintiff,

v.

SEAQUATIC AQUARIUMS, LLC,
SEAN M. STALTER,

    Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, BAHAA EL-DIN FAHMY, brings this action against Defendants, SEAQUATIC AQUARIUMS, LLC and SEAN M. STALTER, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff BAHAA EL-DIN FAHMY was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, Defendant, SEAQUATIC AQUARIUMS, LLC, was a Florida corporation engaged in business Miami-Dade County, Florida, engaged in commerce in the field of aquarium installation services, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4. Defendant, SEAN M. STALTER, is a resident of Pinellas County, Florida and was, and now is, a manager of Defendant, SEAQUATIC AQUARIUMS, LLC, and controlled Plaintiff's

duties, hours worked, and compensation. Accordingly, SEAN M. STALTER was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

5. Plaintiff BAHAA EL-DIN FAHMY worked for Defendants as an installer.

6. Defendants failed to pay Plaintiff his full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate for all hours worked over 40 each week.

7. Defendants failed to pay Plaintiff the full and proper minimum wage hourly rate for all hours worked.

8. Defendants failed to pay Plaintiff his regular hourly rate for all hours worked.

9. For the work period of on or about January 28, 2017 through on or about February 1, 2017, Defendants failed to pay Plaintiff any compensation.

10. Attached as Exhibit A is a preliminary calculation of Plaintiff's claims. These amounts may change as Plaintiff engages in the discovery process.

11. Defendants have knowingly and willfully refused to pay Plaintiff his legally-entitled wages.

12. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

13. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

### COUNT I
### VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
### ALL DEFENDANTS

14. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-13 above as if set forth herein in full.

15. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

16. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

## COUNT II
## BREACH OF CONTRACT AND FAILURE TO PAY WAGES
## SEAQUATIC AQUARIUMS, LLC

17. Supplemental jurisdiction over the pendent state claim is conferred on this Court by 28 U.S.C. 1367.

18. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-16 above as if set forth herein in full.

19. Plaintiff entered into an oral contract with Defendant SEAQUATIC AQUARIUMS, LLC for wages at the rate of $40.00 per hour.

20. Plaintiff worked for Defendant and did not receive the compensation promised. Defendant, therefore, wrongfully deprived Plaintiff of wages that were due and owing and to which Plaintiff was lawfully entitled under an oral contract for wages with Defendant.

21. Plaintiff have been damaged as a result of Defendant's failure to pay the agreed upon wages.

22. Pursuant to Section 448.08, Florida Statutes, Plaintiff is entitled to the costs of this action and reasonable attorneys' fees.

WHEREFORE, Plaintiff demands judgment against Defendant for the unpaid wages that are due and owing, prejudgment interest, reasonable attorneys' fees and costs incurred in this action and any and all further relief this Court deems just and appropriate.

    Respectfully submitted,

    Koz Law, P.A.
    320 S.E. 9th Street
    Fort Lauderdale, Florida 33316
    Phone: (786) 924-9929
    Fax:    (786) 358-6071
    Email: ekoz@kozlawfirm.com

    _/s/ Elliot A. Kozolchyk_

    Elliot Kozolchyk, Esq.
    Bar No.: 74791